**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 182 EAL 2022

            Respondent           :

                                    :    Petition for Allowance of Appeal

                                    :    from the Order of the Superior Court

            v.                    :

                                    :

CALVIN CAMPS,                    :

                                    :

            Petitioner             :


## ORDER


**PER CURIAM**

      **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.